SCWC-16-0000011

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RAEVYN WAIKIKI,
Respondent/Plaintiff-Counterclaim Defendant-Appellee,

vs.

HOʻOMAKA VILLAGE ASSOCIATION OF APARTMENT OWNERS,
Respondent/Defendant-Cross-Claim Plaintiff-Appellee,

and

VIOLET JHUN,
Petitioner/Defendant-Cross-Claim Defendant-Counterclaim
Plaintiff-Third-Party Plaintiff-Appellant,

and

WADE KIOSHI KALEOLANI SHIMOJO,
Respondent/Third-Party Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000011; CIV. NO. 13-1-2391-09)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner Violet Jhun's application for writ of
certiorari, filed on April 14, 2016, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be
heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, May 27, 2016.

Walter R. Schoettle
for petitioner Violet Jhun

Richard Turbin, Rai Saint
Chu, and Janice D. Heidt
for respondent Wade Kioshi
Kaleolani Shimojo

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

